**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number:

Freightquote.com, Inc., Plaintiff
v.
Pacific Atlantic Freight, Defendant

**08 C 823**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Freightquote.com, Inc.

**JUDGE ST. EVE**
**MAGISTRATE JUDGE NOLAN**

| | |
|---|---|
| NAME (Type or print) <br> Dina M. Hayes | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/   /s/Dina M. Hayes | |
| FIRM <br> Niro, Scavone, Haller & Niro | |
| STREET ADDRESS <br> 181 West Madison, Suite 4600 | |
| CITY/STATE/ZIP <br> Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6270400 | TELEPHONE NUMBER <br> (312) 236-0733 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |

**FILED**
**FEBRUARY 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT