## United States District Court for the Northern District of Illinois

Case Number: 08cv823                    Assigned/Issued By: j. n.

Judge Name: st. eve                     Designated Magistrate Judge: nolan

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00      [ ] $39.00      [ ] $5.00
                [ ] IFP          [ ] No Fee      [ ] Other _____
                [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                             Receipt #: 2524068

Date Payment Rec'd: 2-7-08                   Fiscal Clerk: j. n.

---

### ISSUANCES

[✓] Summons                                  [ ] Alias Summons

[ ] Third Party Summons                      [ ] Lis Pendens

[ ] Non Wage Garnishment Summons             [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons       _____
                                             _____
                                             (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

_1_ Original and _0_ copies on _2-7-08_ as to _defendant_
                                (Date)