**FILED**
**FEBRUARY 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 823**

| | |
|---|---|
| FREIGHTQUOTE.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC ATLANTIC FREIGHT, <br><br> Defendant. | Civil Action No. <br><br><br><br> **JUDGE ST. EVE** <br> **MAGISTRATE JUDGE NOLAN** |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Rule 7.1, Fed.R.Civ.P. and Local Rule 3.2, Plaintiffs submit the following statement:

Freightquote.com does not have a parent corporation or any publicly held affiliates. No publicly held corporation owns 5% or more of its stock.

Respectfully submitted,

      /s/ Raymond P. Niro, Jr.
Raymond P. Niro, Jr.
Dina M. Hayes
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602 4515
Phone: (312) 236 0733
Facsimile: (312) 236 3137
rnirojr@nshn.com; hayes@nshn.com

Attorneys for Freightquote.com, Inc.