**FILED**
**FEBRUARY 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 823**

| | |
|---|---|
| FREIGHTQUOTE.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC ATLANTIC FREIGHT, <br><br> Defendant. | Civil Action No. <br><br><br><br> **JUDGE ST. EVE** <br> **MAGISTRATE JUDGE NOLAN** |

## LOCAL RULE 3.4 NOTICE OF CLAIMS INVOLVING TRADEMARKS

Pursuant to Local Rule 3.4, Plaintiff provides the following information to be used by the Clerk of the Court as required by 15 U.S.C. §1116(c):

1. Name and address of Plaintiff: 16025 W. 113th Street, Lenexa, Kansas.

2. Name and address of Defendant: 2899 Agoura Road, Suite 310, Westlake Village, California.

3. Trademarks involved in litigation: United States Trademark Registration Nos. 3,185,852 (freightquote.com), 3,185,806 (freightquote) and 2,369,546 (freightquote).

Respectfully submitted,

   /s/ Raymond P. Niro, Jr.
Raymond P. Niro, Jr.
Dina M. Hayes
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602 4515
Phone: (312) 236 0733
Facsimile: (312) 236 3137
rnirojr@nshn.com; hayes@nshn.com

Attorneys for Freightquote.com, Inc.