

  

| Home | About Us | Services | Get Quotes | Click2Ship® | Contact Us | Help |

**"Get Instant Freight Quotes From The Top LTL Carriers With Just One Click..."**

**FeedBack**

We strive to provide you with outstanding service and are always looking for ways to improve.

**Please let us know how we can improve**

or

**Submit a Testimonial**

Your feedback is greatly appreciated!

If you experience any errors or technical difficulties with the site, please let us know. Email: **Technical Support**

# Contact Us
Please feel free to contact us anytime.
We are always happy to assist you.

### P.A.F Headquarters

Pacific Atlantic Freight
2899 Agoura Rd. Ste #310
Westlake Village, CA 91361

Phone: (888) 588-5848 Toll Free
(818) 735-0440 Direct
Fax:  (805) 267-4835
Hours: M-F 9:00 am-5:00 pm PST

### E-MAIL Departments

Select the department you wish to contact below and click to e-mail them

General Info/Questions

Services

LTL Freight Quotes

Shipment Support

Shipment Tracking

Click2Ship Member Support

Marketing/New Business Accounts

Job Opportunities

Exhibit A

# Affidavit of Process Server

Freightquote.com, Inc. vs Pacific Atlantic Freight   08C823

_____   _____   _____
PLAINTIFF/PETITIONER                DEFENDANT/RESPONDENT              CASE #

Being duly sworn, on my oath, I _____
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Pacific Atlantic Freight_

NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☑ _Summons and Complaint_

by serving (NAME) _Chimator Gandhi, Owner of mail forwarding location_

at ☐ Home _____

☑ Business _2899 Agoura Road, Suite 310, Westlake Village, CA 91361_

☑ on (DATE) _February 13, 2008_   at (TIME) _1:05 p.m._

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____   (STATE) _____

## Manner of Service:

☐ By Personal Service.

☑ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,

namely _____

☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,

namely _____

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

## Non-Service:

After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address          ☐ Evading                        ☐ Other: _____
☐ Address Does Not Exist      ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

## Service Attempts:

Service was attempted on: (   ) _____ , (   ) _____
                                   DATE   TIME                    DATE   TIME

(   ) _____ , (   ) _____ , (   ) _____
       DATE   TIME                DATE   TIME                 DATE   TIME

## Description:

☑ Male      ☐ White Skin     ☑ Black Hair    ☐ White Hair    ☐ 14-20 Yrs.    ☐ Under 5'      ☐ Under 100 Lbs.
☐ Female    ☐ Black Skin     ☐ Brown Hair    ☐ Balding       ☐ 21-35 Yrs.    ☐ 5'0"-5'3"     ☐ 100-130 Lbs.
            ☐ Yellow Skin    ☐ Blond Hair                     ☐ 36-50 Yrs.    ☐ 5'4"-5'8"     ☐ 131-160 Lbs.
            ☑ Brown Skin     ☐ Gray Hair     ☐ Mustache       ☑ 51-65 Yrs.    ☐ 5'9"-6'0"     ☑ 161-200 Lbs.
☐ Glasses   ☐ Red Skin       ☐ Red Hair      ☐ Beard          ☐ Over 65 Yrs.  ☐ Over 6'       ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois   County of Cook

Subscribed and sworn to before me,

a notary public, this _____ day of _____ , 20 ____

_See Attached_

NOTARY PUBLIC

SERVED BY
LASALLE PROCESS SERVERS

Exhibit B

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____ _____
Signature of Document Signer No. 1                    Signature of Document Signer No. 2 (if any)

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this

29 day of February, 20 08, by
Date                    Month                    Year

(1) Douglas MacDonald ,
Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)

(and

(2) _____ ,
Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _____
Signature of Notary Public

MILAY VERA
COMM. # 1753808
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. JUNE 28, 2011

Place Notary Seal Above

—————— **OPTIONAL** ——————

*Though the information below is not required by law, it may prove
valuable to persons relying on the document and could prevent
fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document:_____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827

# NIRO, SCAVONE, HALLER & NIRO

RAYMOND P. NIRO
TIMOTHY J. HALLER
WILLIAM L. NIRO
JOSEPH N. HOSTENY, III
ROBERT A. VITALE, JR.
JOHN C. JANKA
PAUL K. VICKREY
DEAN D. NIRO
RAYMOND P. NIRO, JR.
PATRICK F. SOLON
ARTHUR A. GASEY
CHRISTOPHER J. LEE
DAVID J. SHEIKH
VASILIOS D. DOSSAS
SALLY WIGGINS
RICHARD B. MEGLEY, JR.
MATTHEW G. McANDREWS

181 WEST MADISON STREET - SUITE 4600

CHICAGO, ILLINOIS 60602 - 4635
———
TELEPHONE (312) 236 - 0733

FACSIMILE (312) 236 - 3137

March 5, 2008

PAUL C. GIBBONS
BRADY J. FULTON
GREGORY P. CASIMER
DOUGLAS M. HALL
DINA M. HAYES
FREDERICK C. LANEY
DAVID J. MAHALEK
KARA L. SZPONDOWSKI
ROBERT A. CONLEY
ERIC J. MERSMANN
NICHOLAS M. DUDZIAK
KAREN L. BLOUIN
LAURA A. KENNEALLY
TAHITI ARSULOWICZ
———
OF COUNSEL:
THOMAS G. SCAVONE

**Facsimile: (805) 267-4835**
**and Federal Express**

Pacific Atlantic Freight
2899 Agoura Rd. Ste #310
Westlake Village, CA 91361

     Re:    Freightquote v. Pacific Atlantic Freight
              Civil Action No. 1:08-cv-00823 (N.D. Ill.)

Dear Sir or Madam:

     Please be advised that the Summons in the above-captioned case was formally served upon P.A.F. on February 13, 2008, making P.A.F.'s answer due no later than March 4, 2008. As indicated on the Summons itself, if you fail to answer the Complaint by the March 4 deadline, "judgment by default will be taken against you for the relief demanded in the complaint." A copy of the Summons and Complaint are attached for your convenience.

     Our records indicate that no answer or other responsive pleading has been filed by P.A.F. Accordingly, we intend to obtain default judgment against your company pursuant to Rule 55, Fed.R.Civ.P., unless your attorneys contact us without delay. Your prompt response is essential.

                         Sincerely,

                         Raymond P. Niro, Jr.

RPNjr/sls
Enclosures

Exhibit C

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              1932
CONNECTION TEL              818052674835
SUBADDRESS
CONNECTION ID
ST. TIME              03/05 12:35
USAGE T              03'18
PGS. SENT             11
RESULT               OK
```

# NIRO, SCAVONE, HALLER & NIRO
### 181 WEST MADISON STREET - SUITE 4600
### CHICAGO, ILLINOIS 60602-4515
### TELEPHONE NO. (312) 236-0733
### FACSIMILE NO. (312) 236-3137

TO:     Pacific Atlantic Freight

FROM:   Raymond P. Niro, Jr.

DATE:   March 5, 2008    TIME:    11:31 AM

TOTAL NUMBER OF PAGES (including cover page):   **11**

If you do not receive all of the pages, please call (312) 236-0733 and ask for Susan Swierk.

COMMENTS:

## URGENT

**Please deliver immediately to company owner, president or other authorized representative.**

**Swierk, Susan L**

| | |
|---|---|
| **From:** | Swierk, Susan L |
| **Sent:** | Wednesday, March 05, 2008 11:45 AM |
| **To:** | 'info@freightshippingcenter.com' |
| **Subject:** | Freightquote v. Pacific Atlantic Freight |
| **Attachments:** | lpaf-default judgment.pdf; Summons-PAF.pdf; complaint.pdf |

The attached relates to litigation pending against P.A.F. in the United States District Court for the Northern District of Illinois.  Please direct these materials to the owner/president of P.A.F., or other authorized representative.


**Sent on Behalf of Raymond P. Niro, Jr.**
by Susan Swierk, legal assistant
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL 60602
(312) 236-0733
Fax:  (312) 236-3137

**Swierk, Susan L**

| | |
|---|---|
| **From:** | info@freightshippingcenter.com |
| **Sent:** | Wednesday, March 05, 2008 11:47 AM |
| **To:** | Swierk, Susan L |
| **Subject:** | Re: Freightquote v. Pacific Atlantic Freight |

Thank you for your inquiry. This is an auto-generated message to let you know that we received your email. One of our representatives will reply shortly. We look forward to helping you with your shipping needs.

Thank you,
Pacific Atlantic Freight

2899 Agoura Rd. Ste #310
Westlake Village, CA 91361
Toll Free:(888) 588-5848
Direct:(818) 735-0440
Fax: (805) 267-4837
Hours: M-F 9am-5pm PST
www.freightshippingcenter.com

Please Note** If your message was sent, outside our regular business hours of M-F 9am-5pm PST, then you will receive a response on our next buisness day.

**Swierk, Susan L**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Thursday, March 06, 2008 12:12 PM |
| **To:** | Swierk, Susan L |
| **Subject:** | FedEx Shipment 790954089100 Delivered |

This tracking update has been requested by:

Company Name: NIRO SCAVONE HALLER & NIRO
Name:        Susan Swierk
E-mail:      swierk@nshn.com

Our records indicate that the following shipment has been delivered:

Reference:              freightquote
Ship (P/U) date:        Mar 5, 2008
Delivery date:          Mar 6, 2008 10:10 AM
Sign for by:            C.GAHNDHI
Delivered to:           Receptionist/Front Desk
Service type:           FedEx Priority Overnight
Packaging type:         FedEx Envelope
Number of pieces:       1
Weight:                 0.50 lb.
Special handling/Services:Adult Signature Required
                        Deliver Weekday
Tracking number: 790954089100

| Shipper Information | Recipient Information |
|---|---|
| Susan Swierk | Owner/President or authorized repre |
| NIRO SCAVONE HALLER & NIRO | Pacific Atlantic Freight |
| 181 WEST MADISON, SUITE 4600 | 2899 AGOURA RD STE 310 |
| CHICAGO | WESTLAKE VILLAGE |
| IL | CA |
| US | US |
| 60602 | 913613218 |

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 12:12 PM CST
on 03/06/2008.
To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.
This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of the
request, the requestor's message, or the accuracy of this tracking update. For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

1