IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FREIGHTQUOTE.COM, INC., | Civil Action No. 1:08-cv-00823 |
| Plaintiff, | Judge St. Eve |
| v. | Magistrate Judge Nolan |
| PACIFIC ATLANTIC FREIGHT, | |
| Defendant. | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT on Thursday, April 3, 2008 at 8:30 a.m., the date and time of a status hearing previously scheduled by the Court, Plaintiff will appear before the Honorable Judge Amy J. St. Eve in Courtroom 1241 and present its Motion for Entry of Default submitted herewith.

Respectfully submitted,

/s/ Raymond P. Niro, Jr.
Raymond P. Niro, Jr.
Dina M. Hayes
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602 4515
Phone: (312) 236 0733
Facsimile: (312) 236 3137
rnirojr@nshn.com; hayes@nshn.com

Attorneys for Freightquote.com, Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2008, I caused the foregoing NOTICE OF MOTION to be electronically filed with the Clerk of the Court using the CM/ECF system, and that copies were served upon Defendant as follows:

*by facsimile, email and Federal Express to:*        *by Federal Express to:*

| | |
|---|---|
| Pacific Atlantic Freight | Pacific Atlantic Freight |
| c/o Any authorized agent or representative | c/o Dennis Gershman |
| 2899 Agoura Rd. Ste #310 | 6167 Lake Lindero Dr. |
| Westlake Village, CA 91361 | Agoura Hills, CA 91301 |
| Fax:  (805) 267-4835 | |
| info@freightshippingcenter.com | |

                                             /s/ Raymond P. Niro, Jr.
                                  Attorney for Plaintiff