# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Freightquote.com, Inc.
                    Plaintiff,

v.                                              Case No.: 1:08–cv–00823
                                                Honorable Amy J. St. Eve

Pacific Atlantic Freight
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 3, 2008:

    MINUTE entry before Judge Honorable Amy J. St. Eve:MOTION by Plaintiff Freightquote.com, Inc. for entry of default [14] is granted. Prove up documents due by 4/11/2008. Status hearing held on 4/3/2008; ( Status hearing set for 4/21/2008 at 08:30 AM.)Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.