# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Freightquote.com, Inc.
                              Plaintiff,

v.                                              Case No.: 1:08−cv−00823
                                                Honorable Amy J. St. Eve

Pacific Atlantic Freight
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 21, 2008:

   MINUTE entry before Judge Honorable Amy J. St. Eve:MOTION by Plaintiff Freightquote.com, Inc. for default judgment as to Complaint against Pacific Atlantic Freight [17] is entered and continued. Status hearing held on 4/21/2008. Defendant Pacific Atlantic Freight's motion to quash service and motion to dismiss filed 4/21/2008 is entered. Response due 4/28/2008. Reply due 5/5/2008. ( Status hearing set for 6/23/2008 at 08:30 AM.)Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.