

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FREIGHTQUOTE.COM, INC., | Civil Action No. 1:08-cv-00823 |
| Plaintiff, | Judge St. Eve |
| | Magistrate Judge Nolan |
| v. | |
| PACIFIC ATLANTIC FREIGHT, | |
| Defendant. | |

**FILED**

APR 2 1 2008
Apr 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION TO QUASH SERVICE OF PROCESS AND
## MOTION TO DISMISS

     This day comes the Defendant, Dennis Gershman d/b/a Pacific Atlantic Freight,

incorrectly sued herein as Pacific Atlantic Freight (hereinafter "Defendant"), by counsel,

and moves this Honorable Court, pursuant to Fed. R. Civ. P. 12 (b) (5), to quash the

service of process and dismiss this matter, and in support thereof states as follows:

     1.    The named Defendant in this action, Pacific Atlantic Freight, is a non-

entity. The actual Defendant is a sole proprietorship doing business under a fictitious

business name. (See Exhibit A.) The Plaintiff has not sued the individual proprietor but

has used terms that do not accurately identify a business entity capable of being sued.

The Defendant is not identified as a sole proprietor, a sole proprietor t/a (or d/b/a), a trade

name, a general partnership with individual partners listed, a limited partnership setting

forth the general partner and the limited partnership name, a corporation, an

unincorporated association, or any other name representing a competent defendant. This

misidentification is more than a misnomer; it is the complete failure to name a competent

defendant against which a judgment can be properly rendered and execution properly issued.

2.      Plaintiff has claimed that it served Pacific Atlantic Freight (hereinafter "PAF") pursuant to Cal. Code Civ. P. § 415.20(b).  This section provides for the method of service when "a copy of the summons and complaint cannot with reasonable diligence be personally delivered to the person to be served."  *Id.*  The statute also requires that if service is to be effectuated in accordance with this statute, that follow up service by "first class mail, postage prepaid" is required.  *Id.*  Plaintiff did not exercise reasonable diligence to personally deliver the summons and complaint on the Defendant in order to avail itself of service pursuant to this statute and did not follow up its service by the appropriate first class, postage prepaid mailing.

3.      If the Plaintiff acted with reasonable diligence prior to the filing of the lawsuit and prior to attempting to effectuate service, it would have identified Dennis Gershman as the individual owner operating his business as Pacific Atlantic Freight.  A simple search on the Internet using any popular, highly ranked website providing online public information about businesses and individuals would have provided the Plaintiff with the necessary information about Gershman, his business and most importantly, his home address.  Annexed hereto as Exhibit B is a copy of the search results from www.peoplefinders.com, one of the most highly trafficked websites on the Internet.  In fact, Plaintiff was able to get this information, but did not do so until after it had filed its Complaint, after its purported "service" of the Complaint, and after it filed its Motion for Entry of Default.

4.    As the Court is aware, this case centers upon the alleged use of the domain www.www-freight-quotes.com (hereinafter "the domain"). The domain name registration, a public record easily available online, provides an email address contact for the domain name owner. Annexed hereto as Exhibit C is a copy of the WHOIS information for the domain www.www-freight-quotes.com. No notice was ever sent to this email address that is listed in the contact information for the owner of the domain name. This email has been the listed contact since the domain name was registered on March 15, 2006. This email address has never been changed and is still active. Nonetheless, Plaintiff made no attempt to contact the owner of the domain through this email address.

5.    Plaintiff claims that it has served the Defendant in accordance with the provisions of Cal. Code Civ. P. § 415.20(b). As indicated, this method of service requires that, after leaving a copy of the summons at the usual place of business or usual mailing address other than a United States Postal Service post office box, the Plaintiff is required to mail "a copy of the summons and of the complaint by first-class mail, postage prepaid, to the person to be served at the place where a copy of the summons and complaint were left." *Id.* On February 13, 2008, a copy of the summons and complaint was served on Chimata Gandhi, the "owner of the mail forwarding location." Plaintiff has never sent "a copy of the summons and of the complaint by first-class mail, postage prepaid, to the person to be served at the place where a copy of the summons and complaint were left." Plaintiff did, however, send a copy of the summons and complaint by Federal Express on March 5, 2008. As the Court of Appeals for the Seventh Circuit has held, "Federal Express is not first class mail." *Audio Enterprises, Inc. v. B&W*

*Loudspeakers of America*, 957 F.2d 406, 409 (7th Cir. 1992); *see also Magnuson v. Video Yesteryear*, 85 F.3d 1424 (9th Cir. 1996). As such, Plaintiff has never completed service.

6.    Even if Plaintiff has named a proper party and even if reasonable diligence is found and even if service is deemed to be effective, the entry of default was premature. According to Cal. Code Civ. P. § 415.20(b), "Service of a summons is deemed complete on the 10th day after the mailing." Here, if Federal Express is accepted as proper mailing, then service would have not been completed until Saturday, March 15, 2008, at the earliest. Thus, Defendant would have 20 days from March 15, 2008 to file its responsive pleadings, which would be April 4, 2008. Plaintiff filed its Motion for entry of default on March 27, 2008 and this court granted the motion for entry of default on April 3, 2008. It is respectfully submitted that the Plaintiff's request for entry of default was untimely, improper, and based on both a misrepresentation of the effective date of service and the misinterpretation of the California statute on which it relied.

7.    It is respectfully submitted that, based on the foregoing facts, service of process was never completed and, therefore, this court lacks personal jurisdiction over the Defendant.

8.    Wherefore, Defendant moves this Court to set aside the Service of Process, the Order of Entry of Default, and further to dismiss this matter based upon insufficiency of service of process and the failure of the Plaintiff to initiate a legal action against a competent and legally recognizable party.

Dated: April 21, 2008          Respectfully Submitted,

John W. Dozier, Jr., Esq., VA Bar # 20559
*Pro Hac Vice* (Application Pending)
jwd@cybertriallawyer.com
Donald E. Morris, Esq., VA Bar # 72410
*Pro Hac Vice* (Application Pending)
don@cybertriallawyer.com
DOZIER INTERNET LAW, P.C.
301 Concourse Blvd.
West Shore III, Suite 300
Glen Allen, VA 23059
Phone: (804) 346-9770
Fax: (804) 346-0800

# Exhibit A



DEM ✓
FILE

**Pacific Atlantic Freight**

4607 Lakeview Canyon Rd. Ste #341, Westlake Village, CA 91361• 818-735-0494
Fax: 805-267-4832 • www.pafshipping.com • Email: ashleep@pafshipping.com

COPY

# FAX



**PAGES:(Inc Cover)** __3__          **DATE:** __4/18/08__

**ATTENTION TO:** __John Dozier and Don Morris__

**FROM:** __Ashlee Pope__

**RE:** _____

**COMMENTS Attached is the DBA name filing paperwork.**

**Best Regards,**
**Ashlee**

**This page is part of your document - DO NOT DISCARD**

05 1988177

```
RECORDED/FILED IN OFFICIAL RECORDS
        RECORDER'S OFFICE
      LOS ANGELES COUNTY
          CALIFORNIA

     3:21 PM AUG   18 2005
```

**TITLE(S) :**     Fictitious Name Statement



L E A D   S H E E T

**FEE**                                          D.T.T.

| FEE $31      BH |

**CODE**
**20**

**CODE**
**19**

**CODE**
**9____**

Assessor's Identification Number (AIN)
To be completed by Examiner OR Title Company in black ink.     **Number of AIN's Shown**

**THIS FORM IS NOT TO BE DUPLICATED**

04/18/2008  03:10  8052674837  GRW  PAF  PAGE  02/02

A

REGISTRAR - RECORDER / COUNTY CLERK's FILING STAMP

Name: **Dennis Gershman**

Address: **2899 Agoura Rd. Ste #310**

City: **Westlake Village** State: **CA**  Zip Code: **91361**

05 1988177

| 1 | ☑ First Filing   ☐ Renewal Filing |
| | Check one only |

## FICTITIOUS BUSINESS NAME STATEMENT

### THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS: (Attach additional pages if required)

| 2 | Fictitious Business Name(s) | 3. **Pafshipping.com** |
| | 1. **Pacific Atlantic Freight** | |
| | 2. **P.A.F**   4. **Freightshippingcenter.com** | Articles of Incorporation or Organization Number (if applicable) |
| | | Ai #/ION |

| 3 | Street Address, City & State of Principal Place of Business in California (P.O. Box alone not acceptable) |
| | **6167 Lake Lindero Drive, Agoura Hills CA 91301** |

| 4 | Full name of Registrant / Corporation / Limited Liability Company | (if corporation - incorporated in what state) |
| | **Dennis Gershman** | |

| 4A | Residence Street Address (P.O. Box not accepted)  City | State | Zip Code |
| | **6167 Lake Lindero Drive**   **Agoura Hills** | **CA** | **91301** |
| | Full name of Registrant / Corporation / Limited Liability Company | (if corporation - incorporated in what state) | |
| | Residence Street Address (P.O. Box not accepted)  City | State | Zip Code |

| 4B | Full name of Registrant / Corporation / Limited Liability Company | (if corporation - incorporated in what state) |
| | Residence Street Address (P.O. Box not accepted)  City | State | Zip Code |

| 5 | This Business is conducted by: (check one only) | ( ✔ ) an individual   ( ) a general partnership   ( ) joint venture   ( ) a business trust |
| | | ( ) co-partners   ( ) husband and wife   ( ) a corporation   ( ) a limited partnership |
| | | ( ) an unincorporated association other than a partnership   ( ) a limited liability company   ( ) Other |

| 6 | ( ) The registrant commenced to transact business under the fictitious business name or names listed on (Date): |
| | ( ✔ ) Registrant has not yet begun to transact business under the fictitious business name or names listed herein. |

7   I declare that all information in this statement is true and correct.
(A registrant who declares as true information which he or she knows to be false is guilty of a crime.)

| 8 | Signature of Registrant(s) | 6A | If Registrant is a CORPORATION or LLC, sign below |
| | Signature   **Dennis Gershman** type/print name | | Corporation Name / Limited Liability Company |
| | Signature   type/print name | | Signature |
| | Signature   type/print name | | Title |
| | Signature   type/print name | | Type or Print Name |

This statement was filed with the County Clerk of ____**LOS ANGELES**____ County on date indicated by file stamp above.

NOTICE - THIS FICTITIOUS NAME STATEMENT EXPIRES FIVE YEARS FROM DATE IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED PRIOR TO THAT DATE. The filing of this statement does not of itself authorize the use in this state of a fictitious business name in violation of the rights of another under federal, state, or common law (See Section 14411 et seq., Business and Professions Code)

Customer Service: (310) 367-2821. Form must accompany one of the following: check, cashiers check, money order or online payment receipt. Please mail items to Chamber of Commerce Journal, P.O. Box 882058, Los Angeles, CA 90009-3020.

04/18/2008  03:18   8052674837                    GRW PAF                                    PAGE  01/

*ATTN KOBIN* DEM FILE

▲

**This page is part of your document - DO NOT DISCARD**

05  1988177

RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA

**3:21 PM AUG   18 2005**

**TITLE(S) :**         Fictitious Name Statement

▲                                                                ▲

L E A D   S H E E T

FEE                                                    D.T.T.

| FEE $31      BH |
|-----------------|

CODE
20

CODE
19

CODE
9

Assessor's Identification Number (AIN)
To be completed by Examiner OR Title Company in black ink.        Number of AIN's Shown

▲                  **THIS FORM IS NOT TO BE DUPLICATED**                  ▲

**A**

Your Return Mailing Address

Name: **Dennis Gershman**

Address: **2899 Agoura Rd. Ste #310**

City: **Westlake Village** State: **CA** Zip Code: **91361**

REGISTRAR - RECORDER / COUNTY CLERK'S FILING STAMP

**05 1988177**

| 1 | ☑ First Filing ☐ Renewal Filing Check one only | |
|---|---|---|

**FICTITIOUS BUSINESS NAME STATEMENT**

THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS: (Attach additional pages if required)

| 2 | Fictitious Business Name(s) 1. **Pacific Atlantic Freight** 2. **P.A.F** 4. **Freightshippingcenter.com** | 3. **Pafshipping.com** Articles of Incorporation or Organization Number (if applicable) **AI #/ON** |
|---|---|---|

| 3 | Street Address, City & State of Principal Place of Business in California (P.O. Box alone not acceptable) **6167 Lake Lindero Drive, Agoura Hills CA 91301** | | |
|---|---|---|---|

| 4 | Full name of Registrant / Corporation / Limited Liability Company **Dennis Gershman** | (if corporation - incorporated in what state) | |
|---|---|---|---|
| | Residence Street Address (P.O. Box not accepted) City **6167 Lake Lindero Drive** **Agoura Hills** | State **CA** | Zip Code **91301** |

| 4A | Full name of Registrant / Corporation / Limited Liability Company | (if corporation - incorporated in what state) | |
|---|---|---|---|
| | Residence Street Address (P.O. Box not accepted) City | State | Zip Code |

| 4B | Full name of Registrant / Corporation / Limited Liability Company - | (if corporation - incorporated in what state) | |
|---|---|---|---|
| | Residence Street Address (P.O. Box not accepted) City | State | Zip Code |

| 5 | This Business is conducted by: (check one only) | (✔) an individual ( ) co-partners ( ) an unincorporated association other than a partnership | ( ) a general partnership ( ) husband and wife | ( ) joint venture ( ) a corporation ( ) a limited liability company | ( ) a business trust ( ) a limited partnership ( ) _____ Other |
|---|---|---|---|---|---|

| 6 | ( ) The registrant commenced to transact business under the fictitious business name or names listed on (Date): _____ (✔) Registrant has not yet begun to transact business under the fictitious business name or names listed herein. |
|---|---|

| 7 | I declare that all information in this statement is true and correct. (A registrant who declares as true information which he or she knows to be false is guilty of a crime.) |
|---|---|

| 8 | Signature of Registrant(s) _Dennis Gershman_ Signature     type/print name | 8A | If Registrant is a CORPORATION or LLC, sign below |
|---|---|---|---|
| | Signature     type/print name | | Corporation Name / Limited Liability Company |
| | Signature     type/print name | | Signature |
| | Signature     type/print name | | Title |
| | | | Type or Print Name |

This statement was filed with the County Clerk of **LOS ANGELES** County on date indicated by file stamp above.

NOTICE - THIS FICTITIOUS NAME STATEMENT EXPIRES FIVE YEARS FROM DATE IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED PRIOR TO THAT DATE. The filing of this statement does not of itself authorize the use in this state of a fictitious business name in violation of the rights of another under federal, state, or common law (See Section 14411 et seq., Business and Professions Code)

Customer Service: (310) 367-2821. Form must accompany one of the following: check, cashiers check, money order or online payment receipt. Please mail items to Chamber of Commerce Journal, P.O. Box 882068, Los Angeles, CA 90009-3020.

Exhibit B

<< Back to PeopleFinders

# GERSHMAN, DENNIS in CA
## People Search Report

 peoplefinders

Print this Page

| Person | Addresses | Phone Numbers | Related People |
|---|---|---|---|
| **1   DENNIS GERSHMAN**<br><br>**ASSOCIATED BUSINESS:**<br>FRIEGHTSHIPPINGCENTER.COM COMPUTER PROCESSING AND DATA PREPARATION AND PROCESSING SERVICES<br>P A F<br>PACIFIC ATLANTIC FREIGHT TRUCKING, EXCEPT LOCAL | **ADDRESS 1:**<br>6167 LAKE<br>LINDERO DR<br>AGOURA HILLS,<br>CA 91301 | | **RELATIVES:**<br>GREGORY D GERSHMAN<br>JORDAN L GERSHMAN<br>CHRISTIE E GERSHMAN<br>DON G GERSHMAN |

# Exhibit C



**Keep track of your portfolio!** *Download the Free Stock Ticker*

Free Download • No Spyware • 5 Stylish Themes • Unlimited Symbols • Variable Scroll Speed • Unobtrusive

Here is a sample of some of the domains available at auction in 2 days 16 hours, are you eligible to bid?

| | | | | | | |
|---|---|---|---|---|---|---|
| **Cosmetics.net:** $5,000 | SendBulkEmail.com: | $900 | SleepRelief.com: | $2,500 | FloorRemodeling.com: | $1,000 |
| **SeoQuiz.com:** $2,500 | HomeDesktops.com: | $6,000 | HollywoodHousing.com: | $1,000 | Hobbyist.com: | $30,000 |
| **Rainfalls.com:** $2,000 | HuntingtonCalifornia.com: | $1,850 | GreatHaircut.com: | $100 | Holiday.com: | $6,499,999 |
| **Range.com:** $51,000 | Chopstick.com: | $3,500 | MortgageProposal.com: | $0 | 011.com: | $60,000 |

## Whois Record for Www-freight-quotes.com ( Www Freight Quotes )

**Front Page Information**

| | |
|---|---|
| **Website Title:** | None given. |
| **AboutUs:** | ⓌWiki article on Www-freight-quotes.com |
| **SEO Score:** | 61% |
| **Terms:** | 27 (Unique: 23, Linked: 2) |
| **Images:** | 0 (Alt tags missing: 0) |
| **Links:** | 1  (Internal: 0, Outbound: 1) |
| **IFrames:** | 1  ( Parts of page not indexable by most search engines. ) |

**Thumbnail:**



This domain is not resolving and is currently offline (Try again).

ⓇDomainTools

**Registry Data**

| | |
|---|---|
| **ICANN Registrar:** | TUCOWS INC. |
| **Created:** | 2006-03-15 |
| **Expires:** | 2009-03-15 |
| **Registrar Status:** | clientTransferProhibited |
| **Registrar Status:** | clientUpdateProhibited |
| **Name Server:** | NS1.RENEWYOURNAME.NET (has 116,838 domains) |
| **Name Server:** | NS2.RENEWYOURNAME.NET |
| **Whois Server:** | whois.tucows.com |

**Server Data**

| | |
|---|---|
| **IP Address:** | 216.40.33.31  Ⓦ Ⓡ Ⓟ Ⓓ Ⓣ |
| **IP Location:** | 🇨🇦 - Ontario - Toronto - Tucows International |
| **Response Code:** | 200 |
| **Blacklist Status:** | Clear |
| **Domain Status:** | On-hold (generic) |

**SEO Text Browser**

SEO Text Browser

The domain www-freight-quotes.com has
expired. Please contact your domain name
registration service provider for further
assistance. If you need help identifying your
service provider, visit
http://domainhelp.tucows.com.

**DomainTools Exclusive**

| | |
|---|---|
| **Registrant Search:** | "2899 Agoura Rd. Ste #310" owns about 127 other domains |
| **Email Search:** | whoiswebsite@aol.com is associated with about 138 domains |
| | hostmaster@ipowerweb.com is associated with about 450,002 domains |
| **Registrar History:** | 1 registrar |
| **NS History:** | 7 changes on 4 unique name servers over 2 years. |
| **IP History:** | 8 changes on 4 unique name servers over 2 years. |
| **Whois History:** | 3 records have been archived since 2007-10-28. |
| **Reverse IP:** | 107,603 other sites hosted on this server. |
| **Monitor Domain:** | 🔔 Set Free Alerts on www-freight-quotes.com |
| **Free Tool:** | |

http://www.www-freight-quot...

Disable SEO Text Browser ( Beta )

**Other TLDs**                                  Hide Key

.com   .net   .org   .biz   .info   .us

**Whois Record**

Registrant:
--
--

**Symbol Key**

2899 Agoura Rd. Ste #310
Westlake Village, CA 91361
US

Domain name: WWW-FREIGHT-QUOTES.COM

Administrative Contact:
    gershman, ashlee   whoiswebsite@aol.com
    2899 Agoura Rd. Ste #310
    Westlake Village, CA 91361
    US
    8187350499
Technical Contact:
    Manager, Domain   hostmaster@ipowerweb.com
    2800 28th Street Suite 205
    Santa Monica, California 90405
    US
    +1.8885114678.   Fax: +1.3103141610

Registration Service Provider:
    iPowerWeb,   hostmaster@ipowerweb.com
    888 511 4678
    602-307-5438 (fax)
    http://IPOWER.com



Do you own high-quality generic domains? List them in the April 21st [X]
DomainTools Live Auction at the Domain Roundtable Conference in San
Francisco. Want to ensure your domain is listed? Register now for the
conference - every attendee has a guaranteed-acceptance slot of one domain in
the Live Auction.

**Submit a Domain** - Sign up for the Roundtable.

Available
Available (Previously registered)
Registered (Active website)
Registered (Parked or redirected)
Registered (No website)
On-Hold (Generic)
On-Hold (Redemption Period)
On-Hold (Pending Delete)
Monitor
Preview
No preview
Buy this (Available)
Buy this (Bid at auction)

## Customize This Page

Select the items you want to be shown
on this page.

☑ Front Page    ☑ Indexed Data
☑ Server Data   ☑ Registry Data
☑ Exclusive Data ☑ Whois Record

## Domains for Sale

| Domain | Price |
|---|---|
| PowersFreight.com | $199.00 |
| CleanFreight.com | $500.00 |
| ExtraFreight.com | $500.00 |
| FreightTips.com | $500.00 |
| ScanFreight.com | $500.00 |
| PublicFreight.com | $780.00 |
| UrgentFreight.com | $875.00 |
| FlexFreight.com | $1,000.00 |
| FreightPeople.com | $1,188.00 |
| InlandFreight.com | $1,588.00 |
| AskFreight.com | $1,688.00 |

## Domains At Auction

| Domain | Auction Date |
|---|---|
| EastWindTransport.com | 04-19-2008 |
| TrailorTransport.com | 04-19-2008 |
| HuGellEscargo.com | 04-19-2008 |
| WcTransport.com | 04-19-2008 |
| CargoU.com | 04-19-2008 |
| UwFreightLine.com | 04-19-2008 |
| NeAttTransport.com | 04-19-2008 |
| NeAttTransport.net | 04-19-2008 |

## Compare Similar Domains

| Domain | Created |
|---|---|
| Www | 1998-11-02 |
| Www --- Com | 1999-12-15 |

| | |
|---|---|
| Wwvz | 2002-02-02 |
| Wwvzw | 2003-02-03 |
| Wwv X | 2004-03-29 |
| Www --- Sarah Put Someth... | 2004-09-21 |
| Www --- Casino | 2004-11-06 |
| Ww vw W | 2005-06-25 |
| Wwv Y | 2006-02-02 |
| Wwvzw Pix | 2006-06-02 |
| Www --- Auto Insurance | 2006-10-09 |
| Www --- Sex | 2006-10-14 |
| Www --- Party Poker | 2006-10-21 |
| Www --- Pokers Tars | 2006-11-27 |
| Www --- Amazon | 2007-01-19 |



# Www-freight-quotes.com on 2007-10-28 - Domain History

Next »

**Domain:**          **www-freight-quotes.com** - Domain History

**Cache Date:**      2007-10-28

**Registrar:**       **TUCOWS INC.**

**Registrant Search:** Click on an email address we found in this whois record
to see which other domains the registrant is associated with:
wholswebsite@aol.com  hostmaster@ipowerweb.com

```
Registrant:
  --
  2899 Agoura Rd. Ste #310
  Westlake Village, CA 91361
  US

  Domain name: WWW-FREIGHT-QUOTES.COM

  Administrative Contact:
      gershman, ashlee   whoiswebsite@aol.com
      2899 Agoura Rd. Ste #310
      Westlake Village, CA 91361
      US
      8187350499
  Technical Contact:
      Manager, Domain   hostmaster@ipowerweb.com
      2800 28th Street Suite 205
      Santa Monica, California 90405
      US
      +1.8885114678      Fax: +1.3103141610

  Registration Service Provider:
      iPowerWeb, hostmaster@ipowerweb.com
      888 511 4678
      602-307-5438 (fax)
      http://IPOWER.com
```



# Www-freight-quotes.com on 2008-02-08 - Domain History

« Previous                                                                                    Next »

**Domain:**            **www-freight-quotes.com** - Domain History

**Cache Date:**        2008-02-08

**Registrar:**         **TUCOWS INC.**

**Registrant Search:** Click on an email address we found in this whois record
                       to see which other domains the registrant is associated with:
                       wholswebsite@aol.com  hostmaster@ipowerweb.com

```
Registrant:
  --
  2899 Agoura Rd. Ste #310
  Westlake Village, CA 91361
  US

  Domain name: WWW-FREIGHT-QUOTES.COM

  Administrative Contact:
      gershman, ashlee   whoiswebsite@aol.com
      2899 Agoura Rd. Ste #310
      Westlake Village, CA 91361
      US
      8187350499
  Technical Contact:
      Manager, Domain   hostmaster@ipowerweb.com
      2800 28th Street Suite 205
      Santa Monica, California 90405
      US
      +1.8885114678     Fax: +1.3103141610

  Registration Service Provider:
      iPowerWeb, hostmaster@ipowerweb.com
      888 511 4678
      602-307-5438 (fax)
      http://IPOWER.com
```



# Www-freight-quotes.com on 2008-03-14 - Domain History

« Previous

**Domain:**          **www-freight-quotes.com** - Domain History

**Cache Date:**      2008-03-14

**Registrar:**       **TUCOWS INC.**

**Registrant Search:** Click on an email address we found in this whois record
                       to see which other domains the registrant is associated with:
                       whoiswebsite@aol.com  hostmaster@ipowerweb.com

```
Registrant:
  --
  2899 Agoura Rd. Ste #310
  Westlake Village, CA 91361
  US


  Domain name: WWW-FREIGHT-QUOTES.COM

  Administrative Contact:
      gershman, ashlee   whoiswebsite@aol.com
      2899 Agoura Rd. Ste #310
      Westlake Village, CA 91361
      US
      8187350499
  Technical Contact:
      Manager, Domain   hostmaster@ipowerweb.com
      2800 28th Street Suite 205
      Santa Monica, California 90405
      US
      +1.8885114678     Fax: +1.3103141610

  Registration Service Provider:
      iPowerWeb, hostmaster@ipowerweb.com
      888 511 4678
      602-307-5438 (fax)
      http://IPOWER.com
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

FREIGHTQUOTE.COM INC.

**PLAINTIFF**

VS.

PACIFIC ATLANTIC FREIGHT

**DEFENDANT**

CASE NO. _1:08-cv-00823_

## PROOF OF SERVICE

TO: _RAYMOND P. NIRO JR._
_Niro, Scavone, Haller & Niro_
_181 West Madison, Suite 4600_
_Chicago, IL 60602_

TO: _____
_____
_____

TO: _____
_____
_____

I, the undersigned (plaintiff / defendant), certify that on the _21st_ day of _April_, _2008_, I served a copy of this _Notice of Motion and Motion_ to each person whom it is directed by way of _Hand Delivery in Court_.

Name _Donald E. Morris_

Address _301 Concourse Blvd, West Shore III, Suite 300_

City/Zip _Glen Allen, VA 23059_

Telephone _(804) 346-9770_

_Donald E. Morris_
**SIGNATURE / CERTIFICATION**

_April 21, 2008_
**DATE**