

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FREIGHTQUOTE.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC ATLANTIC FREIGHT, <br><br> Defendant. | Civil Action No. 1:08-cv-00823 <br><br> Judge St. Eve <br> Magistrate Judge Nolan |

**FILED**
APR 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### DEFENDANT PACIFIC ATLANTIC FREIGHT'S NOTICE OF MOTION TO QUASH SERVICE AND NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE, that on April 21, 2008 at 8:30 A.M., or as soon thereafter as soon thereafter as counsel may be heard, the Defendant, Dennis Gershman d/b/a Pacific Atlantic Freight, incorrectly sued herein as Pacific Atlantic Freight (hereinafter "Defendant"), will move this Court, pursuant to Fed. R. Civ. P. 12 (b) (5) to quash service and dismiss the Complaint.

This motion is based on the pleadings and papers filed in this action and the attached Motion and Exhibits.

Dated: April 21, 2008            PACIFIC ATLANTIC FREIGHT


                                 *Donald E. Morris*
                        By:      John W. Dozier, Jr., Esq., VA Bar # 20559
                                 *Pro Hac Vice* (Application Pending)
                                 jwd@cybertriallawyer.com
                                 Donald E. Morris, Esq., VA Bar # 72410
                                 *Pro Hac Vice* (Application Pending)
                                 don@cybertriallawyer.com
                                 DOZIER INTERNET LAW, P.C.
                                 301 Concourse Blvd.
                                 West Shore III, Suite 300
                                 Glen Allen, VA 23059
                                 Phone: (804) 346-9770
                                 Fax: (804) 346-0800