UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Freightquote.com, Inc.
                       Plaintiff,

v.                                        Case No.: 1:08−cv−00823
                                                  Honorable Amy J. St. Eve

Pacific Atlantic Freight
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:Based on the parties' stipulation, the Court vacates its 4/3/08 entry of default (R. 16) and denies Plaintiff's 4/11/08 motion for entry of default judgment (R. 17.) The Court denies Defendant's motion to quash service and to dismiss as moot (R. 20). Plaintiff must file its First Amended Complaint by Thursday, 5/1/08. Defendant is to answer or otherwise plead by Thursday, 5/29/08.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.