# NIRO, SCAVONE, HALLER & NIRO

RAYMOND P. NIRO
TIMOTHY J. HALLER
WILLIAM L. NIRO
JOSEPH N. HOSTENY, III
ROBERT A. VITALE, JR.
JOHN C. JANKA
PAUL K. VICKREY
DEAN D. NIRO
RAYMOND P. NIRO, JR.
PATRICK F. SOLON
ARTHUR A. GASEY
CHRISTOPHER J. LEE
DAVID J. SHEIKH
VASILIOS D. DOSSAS
SALLY WIGGINS
RICHARD B. MEGLEY, JR.
MATTHEW G. McANDREWS

181 WEST MADISON STREET - SUITE 4600

CHICAGO, ILLINOIS 60602-4635

TELEPHONE (312) 236-0733

FACSIMILE (312) 236-3137

LEE F. GROSSMAN
PAUL C. GIBBONS
BRADY J. FULTON
GREGORY P. CASIMER
DOUGLAS M. HALL
DINA M. HAYES
FREDERICK C. LANEY
DAVID J. MAHALEK
KARA L. SZPONDOWSKI
ROBERT A. CONLEY
ERIC J. MERSMANN
NICHOLAS M. DUDZIAK
KAREN L. BLOUIN
LAURA A. KENNEALLY
TAHITI ARSULOWICZ

OF COUNSEL:
THOMAS G. SCAVONE

April 25, 2008

**Don@cybertriallawyer.com**

Donald E. Morris, Esq.
Dozier Internet Law, P.C.
301 Concourse Blvd.
West Shore III, Suite 300
Glen Allen, VA 23059

Re: Freightquote v. Pacific Atlantic Freight
Civil Action No. 1:08-cv-00823 (N.D. Ill.)

Dear Mr. Morris:

Thank you for the voice message and email. We have forwarded this information to our client for consideration.

As we discussed, if our client decides to agree to set aside the default and proceed with the litigation, they would insist that we agree upon a joint schedule for the case at that time as well. Following are the major deadlines which would be included in a formal status report:

| Date | Event |
|---|---|
| May 19, 2008 | Defendant's Answer |
| May 30, 2008 | Rule 26(a)(1) disclosures |
| June 30, 2008 | Last day to file any motion to amend pleadings/join parties |
| September 5, 2008 | Completion of fact discovery |
| September 19, 2008 | Initial expert reports from party bearing burden of proof |
| October 3, 2008 | Rebuttal expert reports |
| October 31, 2008 | Completion of expert discovery |
| November 14, 2008 | Last day to file dispositive motions |
| January 9, 2009 | Pretrial order |
| January 19, 2009 | Case ready for trial (estimated length: 3 court days) |

Donald E. Morris, Esq.
April 25, 2008
Page 2

    Let me know if these dates appear acceptable.

                      Sincerely,

                      Raymond P. Niro, Jr.

RPNjr/sls