IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FREIGHTQUOTE.COM, INC., | Civil Action No. 1:08-cv-00823 |
| Plaintiff, | Judge St. Eve |
| | Magistrate Judge Nolan |
| v. | |
| DENNIS GERSHMAN, individually and d/b/a PACIFIC ATLANTIC FREIGHT, | |
| Defendant. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on Thursday, May 22, 2008 at 8:30 a.m., Plaintiff will

appear before the Honorable Judge Amy J. St. Eve in Courtroom 1241 and present its Motion for

Entry of Scheduling Order submitted herewith.

Respectfully submitted,

/s/ Raymond P. Niro, Jr.
Raymond P. Niro, Jr.
Dina M. Hayes
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602 4515
Phone: (312) 236 0733
Facsimile: (312) 236 3137
rnirojr@nshn.com; hayes@nshn.com

Attorneys for Freightquote.com, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2008, I caused the foregoing NOTICE OF MOTION to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

John W. Dozier, Jr.
Donald E. Morris
DOZIER INTERNET LAW, P.C.
301 Concourse Blvd.
West Shore III, Suite 300
Glen Allen, Virginia 23059
(804) 346-9770
Fax:  (804) 346-0800
jwd@cybertriallawyer.com;
don@cybertriallawyer.com

Attorneys for Defendant
Dennis Gershman individually and
d/b/a Pacific Atlantic Freight


      /s/ Raymond P. Niro, Jr.
Attorney for Plaintiff