**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Freightquote.com, Inc.
                           Plaintiff,

v.                                                    Case No.: 1:08−cv−00823
                                                    Honorable Amy J. St. Eve

Dennis Gershman, et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 19, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Rule 26(a)(1) disclosures due on or before 6/4/2008. Written discovery to be issued on or before 6/13/2008. Appearance on the noticed motion [27] for 5/22/2008 at 8:30 AM to stand. Out of town counsel wishing to participate by telephone should call the courtroom deputy by 4:00 PM on 5/21/2008 with contact information.Mailed notice(tmh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.