**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                                      Case Number: 08-C-0823

Freightquote.com, Inc.

v.

Dennis Gershman d/b/a Pacific Atlantic Freight

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Dennis Gershman d/b/a Pacific Atlantic Freight

| NAME (Type or print) |
| --- |
| Ronald L. Bell |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Ronald L. Bell |
| FIRM |
| Ronald L. Bell & Associates, P.C. |
| STREET ADDRESS |
| 1275 Barclay Blvd., Suite 100 |
| CITY/STATE/ZIP |
| Buffalo Grove, IL 60089 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 3126822 | (847) 495-6000 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |