**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Freightquote.com, Inc.
                Plaintiff,

v.
                                            Case No.: 1:08−cv−00823
                                            Honorable Amy J. St. Eve

Dennis Gershman, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 22, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Motion by Plaintiff for entry of scheduling order [27] is granted; Motion hearing held on 5/22/2008 regarding motion for miscellaneous relief[27] ; ( Status hearing set for 6/23/2008 is stricken and reset to 6/5/2008 at 08:30 AM.. Deadline to amend pleadings or join parties is 7/30/2008. Fact discovery ordered closed by 10/6/2008. Burden of proof expert disclosures with reports due 10/20/2008. Rebuttal expert disclosure with reports due 11/3/2008. Expert discovery ordered closed by 12/1/2008. Dispositive motions with supporting memoranda due by 12/15/2008., Pretrial Order due by 2/9/2009.)Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.