IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FREIGHTQUOTE.COM, INC., | Civil Action No. 1:08-cv-00823 |
| Plaintiff, | Judge St. Eve<br>Magistrate Judge Nolan |
| v. | |
| DENNIS GERSHMAN, individually and d/b/a<br>PACIFIC ATLANTIC FREIGHT, | |
| Defendant. | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE, that on June 5, 2008 at 8:30 A.M., or as soon thereafter as counsel may be heard, the Defendant, Dennis Gershman d/b/a Pacific Atlantic Freight, will move this Court, pursuant to Fed. R. Civ. P. 12(b)(3) to dismiss the Complaint or, in the alternative, to transfer this matter to the United States District Court for the Central District of California.

This motion is based on the pleadings and papers filed in this action and the attached Motion and Memorandum in Support of Defendant's Motion.

2

Dated: May 27, 2008

    Glen Allen, Virginia        Respectfully submitted:

/s/ Donald E. Morris, Esq.
John W. Dozier, Jr., Esq. (pro hac vice)
jwd@cybertriallawyer.com
Donald E. Morris, Esq. (pro hac vice)
don@cybertriallawyer.com
**DOZIER INTERNET LAW, P.C.**
301 Concourse Blvd.
West Shore III, Suite 300
Glen Allen, VA 23059
Phone: (804) 346-9770
Fax: (804) 346-0800

Ronald L. Bell (Bar # 3126822)
rlbelllawyer@aol.com
RONALD L. BELL & ASSOCIATES, P.C.
1275 Barclay Blvd.
Suite 100
Buffalo Grove, IL 60089
Phone: (847) 495-6000
Fax: (847) 495-6001

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Raymond P. Niro, Esq.
>Dina M. Hayes, Esq.
>NIRO, SCAVONE, HALLER & NIRO
>181 West Madison, Suite 4600
>Chicago, Illinois 60602-4515
>Telephone: (312) 236-0733
>Facsimile: (312) 236-3137
>rnirojr@nshn.com
>hayes@nshn.com
>
>*Counsel for Plaintiff*

>/s/ Donald E. Morris, Esq.
>Donald E. Morris, Esq. (pro hac vice)
>don@cybertriallawyer.com
>**DOZIER INTERNET LAW, P.C.**
>301 Concourse Blvd.
>West Shore III, Suite 300
>Glen Allen, VA 23059
>Phone: (804) 346-9770
>Fax: (804) 346-0800
>
>*Counsel for Defendant*

3