IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FREIGHTQUOTE.COM, INC., | Civil Action No. 1:08-cv-00823 |
| Plaintiff, | Judge St. Eve<br>Magistrate Judge Nolan |
| v. | |
| DENNIS GERSHMAN, individually and d/b/a<br>PACIFIC ATLANTIC FREIGHT, | |
| Defendant. | |

**DEFENDANT'S MOTION TO DISMISS THE COMPLAINT
OR, IN THE ALTERNATIVE, TO TRANSFER VENUE**

Defendant Dennis Gershman d/b/a Pacific Atlantic Freight (hereinafter referred to as "Defendant" or "PAF"), through counsel, respectfully requests that this Court dismiss the above-captioned action pursuant to Fed.R.Civ.P. 12(b)(3) because this venue is improper or, in the alternative, transfer venue under 28 U.S.C. § 1406(a) or 28 U.S.C. § 1404(a) to the United States District Court for the Central District of California, together with an award of attorneys' fees and costs related to this Motion and such other and further relief that this Court deems just and proper. In support thereof, Defendant submits its Memorandum of Law in Support of its Motion.

1

Dated: May 27, 2008

    Glen Allen, Virginia        Respectfully submitted:

        /s/ Donald E. Morris, Esq.
        John W. Dozier, Jr., Esq. (pro hac vice)
        jwd@cybertriallawyer.com
        Donald E. Morris, Esq. (pro hac vice)
        don@cybertriallawyer.com
        **DOZIER INTERNET LAW, P.C.**
        301 Concourse Blvd.
        West Shore III, Suite 300
        Glen Allen, VA 23059
        Phone: (804) 346-9770
        Fax: (804) 346-0800

        Ronald L. Bell (Bar # 3126822)
        rlbelllawyer@aol.com
        RONALD L. BELL & ASSOCIATES, P.C.
        1275 Barclay Blvd.
        Suite 100
        Buffalo Grove, IL 60089
        Phone: (847) 495-6000
        Fax: (847) 495-6001

        *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Raymond P. Niro, Esq.
    Dina M. Hayes, Esq.
    NIRO, SCAVONE, HALLER & NIRO
    181 West Madison, Suite 4600
    Chicago, Illinois 60602-4515
    Telephone: (312) 236-0733
    Facsimile: (312) 236-3137
    rnirojr@nshn.com
    hayes@nshn.com

    *Counsel for Plaintiff*

    /s/ Donald E. Morris, Esq.
    Donald E. Morris, Esq. (pro hac vice)
    don@cybertriallawyer.com
    **DOZIER INTERNET LAW, P.C.**
    301 Concourse Blvd.
    West Shore III, Suite 300
    Glen Allen, VA 23059
    Phone: (804) 346-9770
    Fax: (804) 346-0800

    *Counsel for Defendant*