**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Freightquote.com, Inc.
                     Plaintiff,

v.                                              Case No.: 1:08−cv−00823
                                               Honorable Amy J. St. Eve

Dennis Gershman, et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 5, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Motion to dismiss [33] is entered. Set deadlines/hearing as to motion to dismiss[33] :( Responses due by 7/8/2008, Replies due by 7/18/2008.) Status hearing held on 6/5/2008. Deposition to be taken by or on 6/30/2008. ( Status hearing set for 6/23/2008 is stricken and reset to 7/31/2008 at 08:30 AM.).Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.