IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FREIGHTQUOTE.COM, INC., | Civil Action No. 1:08-cv-00823 |
| Plaintiff, | Judge St. Eve |
| | Magistrate Judge Nolan |
| v. | |
| DENNIS GERSHMAN, individually and d/b/a PACIFIC ATLANTIC FREIGHT, | |
| Defendant. | |

**JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT ORDER**

The parties have entered into a Settlement Agreement and on the basis of the settlement reached, request that the Court enter the Consent Judgment Order which has been executed by their counsel and is attached hereto.

Respectfully submitted,

_____/s/ Raymond P. Niro, Jr._____
Raymond P. Niro, Jr.
Dina M. Hayes
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602 4515
Phone: (312) 236 0733
Facsimile: (312) 236 3137
rnirojr@nshn.com; hayes@nshn.com

Attorneys for Freightquote.com, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2008, I caused the foregoing JOINT MOTION FOR

ENTRY OF CONSENT JUDGMENT ORDER to be electronically filed with the Clerk of the

Court using the CM/ECF system which will send notification of such filing to:

John W. Dozier, Jr.                          Ronald L. Bell
Donald E. Morris                             Ronald L. Bell & Associates, P.C.
DOZIER INTERNET LAW, P.C.                    1275 Barclay Blvd., Suite 100
301 Concourse Blvd.                          Buffalo Grove, Illinois 60089
West Shore III, Suite 300                    (847) 495-6000
Glen Allen, Virginia 23059                   Fax:  (847) 495-6001
(804) 346-9770                               rlbelllawyer@aol.com
Fax:  (804) 346-0800
JWD: angie@cybertriallawyer.com;
DEM: lisa@cybertriallawyer.com


                              _____/s/ Raymond P. Niro, Jr._____
                              Attorney for Plaintiff