IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FREIGHTQUOTE.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> DENNIS GERSHMAN, individually and d/b/a PACIFIC ATLANTIC FREIGHT, <br><br> Defendant. | Civil Action No. 1:08-cv-00823 <br><br> Judge St. Eve <br> Magistrate Judge Nolan |

## NOTICE OF JOINT MOTION

PLEASE TAKE NOTICE THAT on Thursday, July 10, 2008 at 8:30 a.m., the parties will appear, as necessary, before the Honorable Judge Amy J. St. Eve in Courtroom 1241 and present their Joint Motion for Entry of Consent Judgment Order.

Respectfully submitted,

/s/ Raymond P. Niro, Jr.
Raymond P. Niro, Jr.
Dina M. Hayes
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602 4515
Phone: (312) 236 0733
Facsimile: (312) 236 3137
rnirojr@nshn.com; hayes@nshn.com

Attorneys for Freightquote.com, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2008, I caused the foregoing NOTICE OF JOINT MOTION to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

John W. Dozier, Jr.
Donald E. Morris
DOZIER INTERNET LAW, P.C.
301 Concourse Blvd.
West Shore III, Suite 300
Glen Allen, Virginia 23059
(804) 346-9770
Fax: (804) 346-0800
JWD: angie@cybertriallawyer.com;
DEM: lisa@cybertriallawyer.com

Ronald L. Bell
Ronald L. Bell & Associates, P.C.
1275 Barclay Blvd., Suite 100
Buffalo Grove, Illinois 60089
(847) 495-6000
Fax: (847) 495-6001
rlbelllawyer@aol.com

        /s/ Raymond P. Niro, Jr.
Attorney for Plaintiff